# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARK CHAMBERS, )<br>Defendant. ) | CAUSE NO.: 2:10-CR-114-JTM-PRC |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT MARK CHAMBERS**

TO:   THE HONORABLE JAMES T. MOODY, JUDGE,
       UNITED STATES DISTRICT COURT

Upon Defendant Mark Chambers's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on September 15, 2010, with the consent of Defendant Mark Chambers, counsel for Defendant Mark Chambers, and counsel for the United States of America.

The hearing on Defendant Mark Chambers's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Mark Chambers under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Mark Chambers,

I FIND as follows:

(1) that Defendant Mark Chambers understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Mark Chambers understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Mark Chambers understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Mark Chambers understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Mark Chambers has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Mark Chambers is competent to plead guilty;

(6) that Defendant Mark Chambers understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Mark Chambers's plea; and further,

I RECOMMEND that the Court accept Mark Chambers's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Mark Chambers be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Mark Chambers be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 15th day of September, 2010.

    s/ Paul R. Cherry
    MAGISTRATE JUDGE PAUL R. CHERRY
    UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Honorable James T. Moody