UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:10-cr-114 |
| | ) | |
| MARK CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO:    THE HONORABLE JAMES T. MOODY
       UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on October 18, 2017. The United States Government appeared by counsel Assistant United States Attorney Jacqueline Jacobs. Defendant Mark Chambers appeared in person and by counsel Matthew Soliday and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the Court makes this Report and Recommendation.

The defendant, Mark Chambers, pled guilty to Count 1 of the Indictment, the distribution of cocaine, and was sentenced to a 30 month term of imprisonment followed by a supervised release term of 36 months.

On June 12, 2017, a Petition for Warrant was filed alleging that the defendant had violated the terms and conditions of his supervised release. An Amended Petition for Warrant was filed on August 9, 2017.

On August 10, 2017, the defendant was arrested.

On August 10, 2017, the Initial Appearance was held.

On August 14, 2017, the parties stipulated to probable cause and waived a full detention hearing.

On August 31, 2017, the U.S. Probation Office filed a Summary Report of Violations [DE 39].

On October 11, 2017, the parties filed the Agreement of the Parties Regarding Disposition of Supervised Release Violation [DE 40].

On October 11, 2017, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On October 12, 2017, District Judge James T. Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

As a result of the October 18, 2017, Supervised Release Revocation Hearing I FIND as follows:

1.  that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2.  that the defendant understands the proceedings, allegations and his rights;

3.  that the defendant knowingly and voluntarily admitted that he committed the violation set forth on page 2 of the Agreement of the Parties Regarding Disposition of Supervised Release Violation;

4.  that the admitted violation is a Grade B violation, the defendant's criminal history category is III, and the advisory guideline range is 8-14 months imprisonment, and the statutory maximum sentence that may be imposed is 2 years imprisonment;

5.  that the parties jointly agree to a sentence of the defendant to 12 months and 1 day of additional imprisonment with no further supervised release to follow; and

6.  that the parties have waived their right to appear before Judge Moody for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Moody as follows:

7.  that the defendant be adjudged to have committed the violation of his supervised release described on page 2 of the Agreement of the Parties Regarding Disposition of Supervised Release Violation;

8.  that the supervised release of the defendant be revoked;

9.  that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 12 months and 1 day of additional imprisonment therein;

10. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

11. that the sentence be imposed without the defendant making an additional court

appearance.

ENTERED this 20th day of October, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge