UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:10 CR 114 |
| | ) | |
| MARK CHAMBERS. | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 45), to which the parties have not objected,[1] the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant Mark Chambers is **ADJUDGED** to have committed the violation of his supervised release as set forth on page 2 of the Agreement of the Parties Regarding Disposition of Supervised Release Violation. (DE # 40.) Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve 12 months and 1 day of additional imprisonment. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: November 6, 2017

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Criminal Procedure 59(b)(2), the parties had 14 days to object to the Report and Recommendation. Therefore, any objections were due November 3, 2017.